IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY SALINAS,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S *PRO SE* MOTION FOR EARLY TERMINATION OF PROBATION<br><br><br>Case No. 2:03-CR-543 TS |

This matter is before the Court for consideration of Defendant Casey Salinas' *Pro Se* Motion for Early Termination of Supervised Release.[1] The government has indicated to the Court that it does not intend to respond to Defendant's Motion.

Defendant was sentenced to a term of sixty months of supervised release. Defendant began his term of supervised release on July 12, 2005.

---

[1] Docket No. 104. Defendant had previously requested that his supervised release be terminated. Docket No. 99. The Court denied Defendant's Motion without prejudice because he had not yet completed half of his supervised release term. Docket No. 102. Now that he has completed half of his supervised release term, Defendant has renewed his Motion.

1

## DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

The Court has considered these factors, has reviewed the docket and case file, and has consulted with Defendant's supervising officer. Defendant represents that he has paid his fine, has maintained full time employment, has passed every drug test that has been given, and has not violated his supervised release or committed any crimes.

The Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## CONCLUSION

Based upon the above, it is hereby

ORDERED that Defendant's *Pro Se* Motion for Early Termination of Supervised Release (Docket No. 104) is GRANTED; it is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately, and this case shall be closed.

DATED  January 17, 2008.

BY THE COURT:

TED STEWART
United States District Judge